IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN FRAZIER, et al.,

    Plaintiffs,

  v.

WIRELESS LIFESTYLE, INC.,

    Defendant.
                                             /

No. C-11-5192 MMC

**ORDER LIFTING STAY AND SETTING MARCH 2, 2012 HEARING ON PLAINTIFFS' MOTION TO REMAND**

By order filed January 9, 2012, the Court stayed all proceedings in the above-titled action, pending resolution by the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer filed by defendant. By order filed February 3, 2012, the JPML denied defendant's motion to transfer. See In re Wireless Lifestyle, Inc., Fair Labor Standards Act and Wage and Hour Litigation, MDL No. 2322, Doc. No. 27. Accordingly, the stay is hereby LIFTED.

The stay having been lifted, plaintiffs' motion to remand, which motion has been fully briefed, is hereby SET for hearing on March 2, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 3, 2012

                                            MAXINE M. CHESNEY
                                            United States District Judge