IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRAZIER, et al., | No. C-11-5192 MMC |
| Plaintiffs, | **ORDER VACATING JUNE 15, 2012 HEARING ON PLAINTIFFS' MOTION TO REMAND** |
| v. | |
| WIRELESS LIFESTYLE, INC., | |
| Defendant. | |

Before the Court is the Motion to Remand Action to State Court, filed November 3, 2011 by plaintiffs Kevin Frazier and DeJesus Libran. Defendant Wireless Lifestyle, Inc. has filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for June 15, 2012. In light of the parties' stipulation, approved by the Court by order filed February 28, 2012, however, the Court will not issue a ruling on the matter until after June 15, 2012.

**IT IS SO ORDERED.**

Dated: June 8, 2012

MAXINE M. CHESNEY
United States District Judge