# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN FRAZIER, an individual, and DEJESUS LIBRAN, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS LIFESTYLE, INC., a Kansas Corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | No. 3:11-cv-05192-MMC<br><br>CLASS ACTION CASE<br><br>**[PROPOSED] ORDER GRANTING STIPULATION PERMITTING TRANSFER FOR PURPOSES OF GLOBAL CLASS ACTION SETTLEMENT APPROVAL** |

Good cause having been shown, the parties' Stipulation For Order Permitting Transfer For Purposes Of Global Class Action Settlement Approval is hereby APPROVED and it is hereby ORDERED that:

1. Pursuant to 28 *U.S.C.* § 1404, the instant Action is transferred to the Western District of Missouri for the purposes of settlement approval proceedings with respect to the global class action settlement reached by the Parties in the below listed Actions:

- *Martinez v. Wireless Lifestyle, Inc.*, United States District Court for the Northern District of California, Case No.3: 11-05132-CRB, filed on September 13, 2011;

- *Frazier et at. v. Wireless Lifestyle, Inc.*, United States District Court for the Northern District of California, Case No.3: ll-cv-05192-MMC, filed on September 20, 2011;

- *Coleman v. Wireless Lifestyle, Inc.*, United States District Court for the Central District of California, Case No. 5:11-cv-01727-RGK, filed on September 26,2011;

- *White v. Pasha Distribution Corporation d/b/a Wireless Lifestyle*, United States District Court for the Western District of Missouri, Case No. 4:11-cv-00975, filed on September 26, 2011; and

- *Ahmed v. Pasha Distribution d/b/a/ Sprint Wireless Lifestyle*, United States District Court for the Western District of Missouri, Case No. 4:12-cv-00437, filed on April 16, 2012.

/ / /
/ / /
/ / /
/ / /

2. Plaintiff's Motion for remand is hereby stayed pending the approval of the settlement of these Actions

**IT IS SO ORDERED**

Dated: June 29, 2012

_____
Hon. Maxine Chesney
UNITED STATES DISTRICT JUDGE